■ In the Matter of VAN DE VORE, Appellant, v. HERBERT J. FEUER et al., Constituting the Board of Elections of the City of New York, and JEANNE LIPSKY, Respondents.— Judgment of the Supreme Court, Queens County, dated August 14, 1974, reversed, on the law and the facts, and petition sustained. The determination by the Special Term was contrary to the weight of the evidence. Concededly, the petitions contained more than a sufficient number of valid signatures to place this candidate for Assembly on the ballot in the primaries. The evidence supports the contention of the subscribing witness that she was always an enrolled Democrat. Gulotta, P. J., Latham, Shapiro, Benjamin and Munder, JJ., concur.

■ In the Matter of MAXWELL P. CLEMMONS et al., Appellants, v. SALVATORE SCLAFANI et al., Constituting the Board of Elections of the City of New York, Respondents.— Judgment of the Supreme Court, Kings County, dated August 7, 1974, affirmed, without costs. No opinion. Gulotta, P. J., Latham, Shapiro, Benjamin and Munder, JJ., concur.

■ In the Matter of WALTER H. CROWLEY, Appellant, v. HERBERT J. FEUER et al., Constituting the Board of Elections of the City of New York, and ANTHONY E. SCHNEIDER, Respondents.— Judgment of the Supreme Court, Kings County, dated August 13, 1974, affirmed, without costs. No opinion. Gulotta, P. J., Latham, Shapiro, Benjamin and Munder, JJ., concur.

■ In the Matter of JOAN JANSEN, Appellant, v. ANGELO D. RONCALLO et al., Constituting the Committee on Vacancies, et al., Respondents.— Judgment of the Supreme Court, Nassau County, dated August 14, 1974, affirmed, without costs. No opinion. Latham, Acting P. J., Shapiro, Benjamin and Munder, JJ., concur.

## (August 20, 1974)

■ In the Matter of LYNN BRENKER et al., Appellants, v. JAMES P. MOLINARO et al., Respondents.— Judgment of the Supreme Court, Richmond County, dated August 10, 1974, affirmed, without costs. (See *Matter of Lobaito* v. *Molinaro,* 45 A D 2d 940.) Latham, Acting P. J., Shapiro, Cohalan and Munder, JJ., concur.

■ In the Matter of PASQUALE CAIAZZA, Appellant, v. SALVATORE SCLAFANI et al., Constituting the Board of Elections of the City of New York, Respondents.— Judgment of the Supreme Court, Richmond County, dated August 19, 1974, affirmed, without costs (*Matter of Duffy* v. *Hayduk,* 41 A D 2d 944). Upon the argument of the appeal, it was conceded that the addresses of the subscribing witnesses, as stated in the petition, were the same addresses at which they resided the previous year. Latham, Acting P. J., Shapiro, Cohalan and Munder, JJ., concur.

■ In the Matter of BERNARD DUFFY et al., Appellants, v. JAMES P. MOLINARO et al., Respondents.— Judgment of the Supreme Court, Richmond County, dated August 10, 1974, affirmed, without costs. (See *Matter of Lobaito* v. *Molinaro,* 45 A D 2d 940.) Latham, Acting P. J., Shapiro, Cohalan and Munder, JJ., concur.

■ In the Matter of GENNARO A. FISCHETTI, Appellant, v. PASQUALE DI VERNIERI et al., Respondents.— Judgment of the Supreme Court, Richmond County, dated August 15, 1974, affirmed, without costs (cf. *Matter of St. Germain* v. *Wines,* 187 Misc. 996; *Matter of Duffy* v. *Hayduk,* 41 A D 2d 944). Latham, Acting P. J., Shapiro, Cohalan and Munder, JJ., concur.